# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2006

132364

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE EMMANUEL THOMAS BULLOCK and
DEMONTE LAMAR BULLOCK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

WYKISHA TYANE BULLOCK,
      Respondent-Appellant,

and

CLARENCE ARTHUR WILLIAMS, JR. and
CHACOBRON LAMON DYE,
      Respondents.

SC: 132364
COA: 267910
Genesee CC
Family Division: 2000-112736-NA

_____/

On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2006

Clerk

s1114